## AAA SIGNS OF BURLINGTON v. CITY OF BURLINGTON BD. OF ADJUST.

No. 301P98

Case below: 130 N.C.App. 149

Petition by petitioner for discretionary review pursuant to G.S. 7A-31 denied 8 October 1998.

## AUSTIN v. LARGE ANIMAL MED. & SURGERY

No. 262P98

Case below: 129 N.C.App. 646

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 30 September 1998.

## BALDRIDGE v. HUDSON

No. 342P98

Case below: 129 N.C.App. 643

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 8 October 1998.

## BARBER v. CONSTIEN

No. 373P98

Case below: 130 N.C.App. 380

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 October 1998.

## BOYD v. DRUM

No. 261A98

Case below: 129 N.C.App. 586

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied 8 October 1998.